**Order entered March 8, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01287-CR

### LARRY DELL CARR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-84313-2017**

## ORDER

Before the Court is court reporter Denise Condran's March 6, 2018 first request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before April 9, 2018.

/s/ CRAIG STODDART
JUSTICE